UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROLINE GRIEVE,

                Plaintiff,

                              **DECISION AND ORDER**
      v.                              15-CV-365-A

VILLAGE OF PERRY, and
DONALD ROBERTS,

                Defendant.

---

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for pretrial proceedings. On August 3, 2016, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 30) recommending that the motion for summary judgment of Plaintiff Carolyn Grieve (Dkt. No. 28) be granted.

The Court has carefully reviewed the Report and Recommendation and the record in this case, and no objections having been timely filed, it is hereby

**ORDERED**, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the motion for summary judgment of Plaintiff Carolyn Grieve is granted as recommended. Defendant Village of Perry shall file proposed language for entry of permanent injunctive relief on or before September 2, 2016; Plaintiff Grieve shall respond to the proposed language for permanent injunctive relief proposed by the Defendant on or before September 9, 2016; Plaintiff shall file any fee application on

or before September 23, 2016.

**IT IS SO ORDERED.**

                                      *Richard J. Arcara*
                            HONORABLE RICHARD J. ARCARA
                            UNITED STATES DISTRICT COURT

Dated:  August 24, 2016